CARL I. SCHRAG, Respondent, v. MAX GUTSCHNEIDER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

GEORGE J. COWAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.; Martin, J., dissents.

RICHARD CROKER, JR., Respondent, v. THE NEW YORK TRUST COMPANY, as Temporary Administrator, etc., of RICHARD CROKER, Deceased, Appellant, and HOWARD CROKER and ETHEL C. WHITE, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

EDWARD L. LARKIN, Appellant, v. PENNSYLVANIA RAILROAD COMPANY and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, Martin and Wagner, JJ.

MARTHA FARRELL, Appellant, v. ISADORE HELLER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

ALICE S. CHILDS, Respondent, v. ALBERT FREEMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an amended complaint within ten days from service of order upon payment of said costs and the costs awarded to the plaintiff by the order appealed from. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

JOHN J. LEICHTNAM, as Administrator, etc., of CATHERINE LEICHTNAM, Deceased, Respondent, v. CATHERINE GAUGHRAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

ROSE ZEISLER, Respondent, v SAMUEL FEINSTEIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

In the Matter of Proving the Last Will and Testament of JACOB KLEIN, Deceased.— Decree and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

MAX SACKHEIM and Another, Appellants, v. J. BRODY & SONS, INC., and Another, Respondents, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY P. GAMBLE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

MILLARD J. BLOOMER, Respondent, v. ELEANOR L. COFFIN, as Executrix, etc., of JAMES A. COFFIN, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.; Merrell and McAvoy, JJ., dissent.

NORA CULHANE, as Administratrix, etc., of WILLIAM F. CULHANE, Deceased, Appellant, v. ECONOMICAL GARAGE, INC., and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.